UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                           )<br>            Plaintiff,                       )<br>                                                           )<br>v.                                                       )<br>                                                           )<br>BRENT P. GIBBAR,                        )<br>                                                           )<br>            Defendant.                    ) | Case Nos. 4:14 CR 356 CDP-2<br>              and 4:14 CR 250 CDP-11 |

## ORDER

**IT IS HEREBY ORDERED** that the **sentencings** in case numbers 4:14 CR 356 CDP-2 and 4:14 CR 250 CDP-11 as to defendant Brent P. Gibbar are set for **Tuesday, August 4, 2015 at 2:00 p.m.** in Courtroom 14-South.   All Objections to the presentence report must be filed no later than **July 14, 2015.**   If testimony is expected counsel must notify the court at least one week before sentencing.

**IT IS FURTHER ORDERED** that the parties must file any sentencing memoranda no later than **July 28, 2015** except that a response to a sentencing memorandum may be filed no later than **July 30, 2015.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of April, 2015.